UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON R. MORGAN, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

BROCK BEAUTY INC.,

                Defendant.

Case No. 1:19-cv-07217-JMF

**NOTICE OF VOLUNTARY DISMISSAL AS TO BROCK BEAUTY INC.**

      Plaintiff by and through their undersigned counsel, hereby agree to the dismissal with prejudice of this action as to BROCK BEAUTY INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:    Queens, New York
             September 20, 2019

This action is DISMISSED with prejudice, with each party to bear its own attorney's fees, costs, and expenses.  The Clerk of Court is directed to close the case.  SO ORDERED.

*[signature]*

September 23, 2019

Respectfully submitted,

By: /s/ Jonathan Shalom
Jonathan Shalom, Esq.
Shalom Law PLLC
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Phone: (718) 971-9474
*Attorneys for Plaintiff*